UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jason David Austin, | Criminal No. 04-117 (1) (RHK/AJB) |
| | Civil No. 06-2721 (RHK) |
| Petitioner, | **ORDER** |
| vs. | |
| United States of America, | |
| Respondent. | |

---

Petitioner may reply to the Government's Responsive Memorandum; any response shall be served and filed by November 1, 2006.

Dated: October 2, 2006

                                                                                        s/Richard H. Kyle
                                                                                        RICHARD H. KYLE
                                                                                        United States District Judge