## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason David Austin,<br><br>      Petitioner,<br>v.<br><br>United States of America,<br><br>      Respondent. | Crim. No. 04-117 (RHK/AJB)<br>Civil No. 06-2721 (RHK)<br><br>**ORDER** |

This matter is presently before the Court on Petitioner's self-styled "Petition To Alter/Amend Judgment Pursuant To Fed. R. Civ. Proc. Rule 59(e)." (Docket No. 51.) Petitioner is asking the Court to reconsider his application for relief under 28 U.S.C. § 2255, and amend the prior order denying that application. (See Order dated January 17, 2007, [Docket No. 50].)

Petitioner's Rule 59(e) motion merely reiterates, (perhaps in slightly different words), the claims that he presented in his § 2255 motion. The present motion does not offer any new facts, or any new legal arguments, that were not considered when his § 2255 motion was decided. Thus, the Court finds no valid reason to reconsider Petitioner's § 2255 motion, or to amend the order denying that motion.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Petitioner's "Petition To Alter/Amend Judgment Pursuant to Fed. R. Civ. Proc. Rule 59(e)," (Docket No. 51), is DENIED.

Dated: February __12__, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Court Judge